B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Torres Advances Enterprise Solution, LLC | DEFENDANTS<br>Anthonya Maria Morales Torres |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>James R. Dever #23341 703) 385-6700 x 102<br>4004 Williamsburg Ct.<br>Fairfax, VA 22032 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to Determine Dischargeability of Debt Pursuant to Title 11, Section 523(a)(4)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☑ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 68,000.00 |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Anthoya Maria Morales Torres | BANKRUPTCY CASE NO.<br>15-27355 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Maryland | DIVISION OFFICE<br>Greenbelt | NAME OF JUDGE<br>D. Kier |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br><br>03/14/2016 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>James R. Dever | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

## IN THE UNITIED STATED BANKRUPTCY COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In Re:** | | |
| **ANTHONYA MARIA MORALES TORRES** | * | **Case No: 15-27355 DK** |
| | * | |
| *Debtor* | * | Chapter 7 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **TORRES ADVANCED ENTERPRISE** | * | |
| **SOLUTIONS, LLC** | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| *v.* | * | **Adv. Proc. No.:** |
| | * | |
| **ANTHONYA MARIA MORALES TORRES** | * | |
| | * | |
| *Defendant,* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Plaintiff, Torres Advanced Enterprise Solutions, LLC by its attorney, James R. Dever and Legum Law, PLC, makes this Complaint against the Debtor/Defendant, Anthonya Maria Morales Torres, and respectfully represents in support thereof:

## JURISDICTION

1.    This adversary proceeding is being brought in connection with the Debtor's case under Chapter 7 of Title 11 of the United States Code, Case Number 15-27355, now pending in this Court.

2.    This Court has jurisdiction over this core adversary proceeding pursuant to 11 U.S.C. §§ 523, 727 and 28 U.S.C §§157 and 1334.

- 1 -

3.      That pursuant to an Order of this Court, a Complaint to Determine

Dischargeability of Debt can be filed by March 14, 2016, so this Complaint is timely

filed.

## COUNT ONE

4.      Defendant was engaged by Plaintiff as an independent contractor to oversee the

coordination and management of a U. S. Government contract sought and procured by

Plaintiff.

5.      The Defendant provided services to Plaintiff from in and about April 24, 2013, to

July 28, 2013 at the Plaintiff's offices in Falls Church, Virginia in support of the U. S.

Government contract proposal.

6.      That from July 29, 2013, until March 21, 2014, under the title of "Administrative

Deputy Program Manager for the Local Guard Force Program in Uganda", the

Defendant's services were provided and performed at Kampala, Uganda.

7.      By Resolution dated August 1, 2013, in furtherance of Defendant's services to

Plaintiff, Defendant was appointed by Plaintiff as an authorized signatory on Plaintiff's

bank accounts at Barclay's Bank Ltd., in Uganda.  As such, she owed a fiduciary duty

of care to the Defendant. Said resolution is attached hereto and incorporated herein as

Exhibit 1.

8.      During the period from January 24, 2014 through and including March 20, 2014,

the Defendant withdrew funds from the Plaintiff's Barclay's bank account at Kampala,

Uganda.  Attached hereto and incorporated herein, as Plaintiff's Exhibit 2 are true and

- 2 -

correct copies of the withdrawal documents used by the Defendant to effectuate the withdrawals.

9.     The Defendant misappropriated to her own use the sum of $65,048.00 U.S. of said withdrawn funds, in direct violation and breach of her fiduciary duty owed to Defendant and of the trust reposed in her.

10.    As a direct result of her breach of fiduciary duty owed to Plaintiff by the Defendant, the Plaintiff has been damaged to in the amount of $65,048.00 U. S. Dollars, and Defendant's Acts were the proximate cause of the these damages, and there was no fault on the Plaintiff's part.

11.    That the Plaintiff brought suit against the Defendant in the Circuit Court for the County of Arlington, Virginia, Case No.: CL 14001935-00.

12.    That on or about December 5, 2014 the Court issued an ORDER granting default judgment in favor of the Plaintiff and against the Defendant, in the amount of $65,048.00, with interest accruing thereon at the annual rate of six (6) percent from the date of judgment until paid, and court costs. (the "Virginia Judgment"). A copy of the Abstract of Judgment and an Authentication of Record from the Commonwealth of Virginia, Circuit Court of the County of Arlington, and signed under Seal is attached hereto and incorporated herein as Exhibit 3.

13.    That undersigned counsel filed a Request to File Foreign Judgment (FRGN) for the above referenced Virginia judgment in the Circuit Court of Maryland for Prince Georges County, but the Defendant filed the instant case under Chapter 7 of the Bankruptcy Code before it could be served upon the Defendant.

14.    Defendant's acts and omissions as set forth above constituted fraud , defalcation

while acting in a fiduciary capacity, embezzlement or larceny and render the debt owed

by Defendant to Plaintiff non-dischargeable under Title 11, Section 523(a)(4) of the

United States Code.

WHEREFORE, the Plaintiff demands:

a)    A determination that the aforesaid debt is non- dischargeable under Title 11,

Section 523(a)(4) of the United States Code: and

b)    For such further relief as the nature of Plaintiff's cause requires.

Respectfully submitted,

_____/S/_____
James R. Dever, MD. Federal Bar # 23341
Legum Law, PLC
4004 Williamsburg Court
Fairfax, VA 22032
Phone: (703) 385-6700 Ext. 102
Fax: (703) 591-3886
Email: jdever@legumlaw.com
Attorneys for Plaintiff Torres Advanced
Enterprise Solutions, LLC

Certificate of out of State Counsel

I hereby certify that I am a member if the Maryland State and Federal Bar and am in good standing.

_____/S/_____
James R. Dever, Esq.

- 4 -

FILED THIS........ DAY OF .............. 12

FEES PAID.............. RESEIPT N:....

FOR BANK PURPOSES

THE REPUBLIC OF UGANDA

CERTIFIED TRUE COPY

IN THE MATTER OF THE COMPANIES ACT (CAP. 110 LAWS OF UGANDA)

AND

IN THE MATTER OF TORRES ADVANCED ENTERPRISE SOLUTIONS LLC F.2111 (Registered 20/05/2010)

RESOLUTION

At the Company's meeting held at its registered office on the 1st day of August, 2013, IT WAS AGREED AND RESOLVED as follows;

1. THAT the company be and is hereby authorized to open and operate accounts denominated in any currency with M/S BARCLAYS BANK (u) LTD.

2. THAT the mandate to the Bank accounts shall be either JERALD HOUSTON BARNES or ANTHONYA MARIA MORALES TORRES as authorized signatories to the said accounts and the Company Secretary Hussein Kashillingi is appointed agent to the said accounts.

3. THAT JERALD HOUSTON BARNES and ANTHONYA MARIA MORALES TORRES and the Bank is authorized to accept instruments and authorizations signed by either of the two signatories.

4. THAT this Resolution be registered with the Registrar of Companies.

Extracted at Kampala this ....1.....day of ....................2013

DIRECTOR

SECRETARY

BARCLAYS BANK UGANDA LTD
CORPORATE
RECEIVED

Drawn & presented for registration by:
M/s Kashillingi Rugaba & Associates
Plot 14 Nakasero Road
3rd Floor Incasa House
P.O. Box 22226
Kampala

**PLAINTIFF'S EXHIBIT**

BARCLAYS

BARCLAYS BANK UGANDA LIMITED
HANNINGTON ROAD 7-101-KAMPALAKAMPALA                    22        01-20-47

                                                              000132    600302 9083

                                                              Date  1/27/14

Pay  Anthony Morales Torres

US Dollars  twenty thousand                          USD  20,000

10/08/13

                                                    TORRES ADVANCED ENTERPRISE SOLUTION LLC

"000132"  10"012047:  600302708 30  22

CHEQUE WITHIN

Branch Name Kansanga

2014-01-27 14:24:47

Transaction Details

Account Number

Account Amount        USD  20,000.00

Instrument Number          132

Value Date is            01/27/2014

Name  TORRES ADVANCED

Account Number        600302703

Do Not Write or Mark Below This Line

PLAINTIFF'S
EXHIBIT
2
ALL-STATE LEGAL®



BARCLAYS

BARCLAYS BANK UGANDA LIMITED
HANNINGTON ROAD 710 KAMPALAKAMPALA

11        01-20-47
000110    6004037985
Date 2 7 14

Pay _Anthony Morales_

Uganda Shillings _Twenty Million_                    UGX  20,000,000

Only

TORRES ADVANCED ENTERPRISE SOLUTION LLC

SIGNATURE VERIFIED

⑈000110⑈ ⑆01204⑇⑈ 6004037985⑈ 11

Do Not Write or Stamp Below This Line

BARCLAYS BANK UGANDA LIMITED
HANNINGTON ROAD 7101 KAMPALAKAMPALA

07 MAR 2014    11▢    01-20-47
000132    6004037985

Date    3/7/14

Pay    Sudheer Vundes Torres

Uganda Shillings    Forty Million Mon    UGX  20,058,600

Dr

TORRES ADVANCED ENTERPRISE SOLUTION LLC

⑈000132⑈  ⑈0⑈01204⑈  6004037985⑈  11  7,7,331 0⑈

Amount in Words : Two Hundred Eighty  Thousand Nine Hundred   only.

CHEQUE WITHDRAWAL

Branch Name : Kansanga
Date :                    2014-06-07  14:12:46
Cr/Dr :          DR
Transaction Details :
Transaction Amount :    UGX 40,000,000
Account Amount :    UGX 40,000,000
Instrument Number :                    132
Value Date is :                    03/07/2014
Name : TORRES ADVANCED
Account Number :          6004037985
Teller : N03134

# BARCLAYS

BARCLAYS BANK UGANDA LIMITED
HANNINGTON ROAD 7101 KAMPALAKAMPALA

132

11      01-20-47

000133      6004037985

Pay _____

Uganda Shillings _____      UGX   20,000,000

Only

25/01/14

TORRES ADVANCED ENTERPRISE SOLUTION.LLC

SIGNATURE VERIFIED
SIGN:
DATE:

⑈000133⑈  ⑆01⑆20⑆47⑆  6004037985⑈  11

Bal - 158,061,9

---

## CHEQUE WITHDRAWAL

Do Not Write or Stamp Below This Line

Branch Name: HANNINGTON ROAD
Date :                    2014-03-18 18:04:41
Cr-Dr :          DR
Transaction Details :
Transaction Amount :      UGX 20,000,000
Account Amount :      UGX 20,000,000
Instrument Number :                    133
Value Date is                    03/18/2014
Name : TORRES ADVANCED
Account Number :      6004037986

Teller : NJ2891

BARCLAYS

BARCLAYS BANK UGANDA LIMITED
HANNINGTON ROAD 7101 KAMPALAKAMPALA

22     01-20-47

000140    6003029083

Pay

USD

US Dollars

Only

SIGNATURE VERIFIED

TORRES ADVANCED ENTERPRISE SOLUTION LLC

"000140"  "0-03-20-47"  6003029083"  22

CHEQUE WITHDRAWAL

Do Not Write or Stamp Below This Line

Branch Name: HANNINGTON ROAD
Date :
Cr/Dr :
Transaction Details :
Transaction Amount :     USD 80,000.00
Account Amount :     USD 80,000.00
Instrument Number :     140
Value Date :     03/18/2014
Name : TORRES ADVANCED
Account Number :     6003029083



BARCLAYS

BARCLAYS BANK UGANDA LIMITED
HANNINGTON ROAD 7101 KAMPALAKAMPALA

22      01-20-47
000143   6003029083

Date

Pay

US Dollars                                                        USD  7330.00

Only

TORRES ADVANCED ENTERPRISE SOLUTION LLC

"000143"  1:0""0120476  6003029083"  22

CHEQUE WITHDRAWAL

Do Not Write or Stamp Below This Line



BARCLAYS

BARCLAYS BANK UGANDA LIMITED
HANNINGTON ROAD 7101 KAMPALAKAMPALA

22        01-20-47
000143    6003029083

Date  3/20/14

Pay

US Dollars

USD  7330.00

Only

TORRES ADVANCED ENTERPRISE SOLUTION LLC

⑈000143⑈ ⑈01⑈0120⑈7⑈ 6003029083⑈ 22

CHEQUE WITHDRAWAL

Branch Name GARDEN CITY PREMIER

Do Not Write or Stamp Below This Line

# ABSTRACT OF JUDGMENT

Case No. CL14001935-00

ARLINGTON ............................................................................................................ Circuit Court

CITY OR COUNTY

| TORRES ADVANCED ENTERPRISE SOLUTIONS LLC | v | TORRES, ANTHONYA MORALES |
|---|---|---|
| FULL NAME OF PLAINTIFF(S) | | FULL NAME OF DEFENDANT |

DEFENDANT'S ADDRESS

DEFENDANT'S DATE OF BIRTH/SSN (LAST 4 DIGITS ONLY)

This is to certify that a Judgment was rendered in

    [X] this Court

    [ ] ..............................................

FULL NAME OF DEFENDANT

in favor of:

    [X] PLAINTIFF(S) against DEFENDANT(S)

    [ ] DEFENDANT(S) against PLAINTIFF(S)

    [ ] ..................... v. .........................

DEFENDANT'S ADDRESS

DEFENDANT'S DATE OF BIRTH/SSN (LAST 4 DIGITS ONLY)

containing the following terms:

DATE OF JUDGMENT
12/05/2014

$ 65,048.00              AMOUNT OF JUDGMENT

HOMESTEAD EXEMPTION WAIVED    [ ] YES   [ ] NO    [ ] CANNOT BE DEMANDED

$            ALTERNATE VALUE OF SPECIFIC PROPERTY AWARDED

INTEREST RATE(S) AND BEGINNING DATE(S)

6.0% FROM DATE OF JUDGMENT UNTIL PAID

| COSTS | ATTORNEY'S FEES | ATTORNEY |
|---|---|---|
| $ | $ | MICHAEL M. HADEED, JR. |

OTHER: .................................................................................................................................

.................................................................................................................................

.................................................................................................................................

.................................................................................................................................

I certify the above to be a true abstract of a Judgment docketed in the Clerk's office of this Court in Judgment Lien Docket

Book/Reel   251            , page/frame    1439        , or Instrument/Image   158969

on    DECEMBER 8, 2014   at   3:40 PM

AUGUST 7, 2015
DATE

PAUL FERGUSON   Clerk

by    D. Helse

DEPUTY CLERK

**PLAINTIFF'S EXHIBIT**
**3**
ALL-STATE LEGAL®

FORM CC-1464 (MASTER) 7/07
VA CODE §§ 8.01-449, 8.01-461

[SEAL: CIRCUIT COURT OF ARLINGTON COUNTY VIRGINIA CLERK]

 

1796365

## Judgments Document
## Received and Recorded
## In the Office of the
## Clerk of the Circuit Court
## of Arlington County, Virginia

### Document Information

| | |
|---|---|
| File #: 158969 | Date Recorded: 12/8/2014 3:40:46 PM |
| Book / Page: 251 / 1439 | Defendant: |
| Document Type: Law | Case #:: CL14001935-00 |

### Fees

| | |
|---|---|
| (106) Technology Fee: $0.00 | (307) Clerk's Fee: $0.00 |

### Total

Document Total: $0.00

00065

Arlington County, Virginia
Clerk of the Court's Office

This certificate annexed constitutes the
Clerk's endorsement required by sections 17-59,
17-79 and 58.1-802 of the code of Virginia

Paul Ferguson
Clerk

IMPORTANT:
DO NOT DETA(
THIS PAGE FI
THE DOCUMEN1

VIRGINIA

IN THE CIRCUIT COURT FOR THE COUNTY OF ARLINGTON

TORRES ADVANCED ENTERPRISE

SOLUTIONS, LLC,

    Plaintiff,

v.

    Case No.: CL14001935-00

TORRES, ANTHONYA MORALES,

    Defendant.

## ORDER

    The Plaintiff having moved this Court for an Order Granting Default Judgment against Defendant Anthonya Morales Torres,

    Defendant Anthonya Morales Torres having been duly served a copy of the Complaint in person, and having personally appeared at Term Day to set a trial date, and the Plaintiff having mailed to said Defendant a copy of the complaint and notice of right to file a motion for default judgment, in compliance with Virginia Code § 8.01-296,

    Defendant Anthonya Morales Torres having failed to respond within the required 21 days under Rule 3:5 of the Rules of the Supreme Court of Virginia, and thus being in default pursuant to Rule 3:17 of the Rules of the Supreme Court of Virginia,

    The matter coming on duly for hearing, the Court having heard arguments of Counsel, and being fully informed herein, it is therefore

    ORDERED, AJDUGED, and DECREED that judgment be, and hereby is, entered against Defendant Anthonya Morales Torres, and in favor of the Plaintiff, in the principal amount of $65,048.00, with interest accruing thereon at the annual rate of six percent from the date of judgment until paid, and for court costs.

AND THIS CAUSE IS ENDED.

ENTERED this _5th_ day of _December_, 2014.

_____
JUDGE

#158969          251/1439          12/8/2014

I ASK FOR THIS:

Michael M. Hadeed, Jr., Esquire, VSB #24589
510 King Street, Suite 400
Alexandria, Virginia 22314
(703) 962-7452 – telephone
(703) 962-7473 - fax
*Counsel for Plaintiff*
Dated: Dec . ____, 2014


Anthonya Morales Torres
Defendant

000067



# AUTHENTICATION OF RECORD

𝕮𝖔𝖒𝖒𝖔𝖓𝖜𝖊𝖆𝖑𝖙𝖍 𝖔𝖋 𝖁𝖎𝖗𝖌𝖎𝖓𝖎𝖆,

𝕮𝖎𝖗𝖈𝖚𝖎𝖙 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝖙𝖍𝖊 𝕮𝖔𝖚𝖓𝖙𝖞 𝖔𝖋 𝕬𝖗𝖑𝖎𝖓𝖌𝖙𝖔𝖓.

I, PAUL FERGUSON, Clerk of the said Court, do hereby certify that the writings annexed to this Certificate are true copies of the originals on file and of record in said office.

WITNESS my hand and seal of said Court this 7th day of August 2015.

*Paul Ferguson*

_____ Clerk.

TORRES ADVANCED ENTERPRISE SOLUTIONS, LLC
**PLAINTIFF**

VS.    CASE NO. CL14001935-00

ANTHONYA MORALES TORRES
**DEFENDANT**

JUDGMENT ORDER ENTERED DECEMBER 5TH, 2014

DATE RECORDED IN ARLINGTON CIRCUIT COURT 12/8/2014 FILE #158969
BOOK 251 PAGE 1439

I, DANIEL S. FIORE, II, Judge of the Circuit Court of Arlington County, Virginia, do certify that PAUL FERGUSON, who executed the foregoing attestation, is Clerk of the said Court, duly elected and qualified, and the said attestation is in due form of law by the proper officer.

In TESTIMONY WHEREOF, I hereunto set my hand and seal this 7th day of August 2015.